**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| CHASITY SPEARS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| MWR INVESTIGATIONS, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant MWR Investigations, Inc. ("MWR"), by counsel, Carr Maloney P.C., hereby removes this action and, in support thereof, state as follows:

1. State Court Action.

Plaintiffs Chasity Spears, Gabrielle Spears, and Nahla Spears filed this action against Defendants TCB Pedestal Gardens, LLC ("TCB Pedestal"), Interstate Realty Management Company ("Interstate"), Alexander Security Consultants, LLC ("Alexander") The Community Builders, Inc. ("Community Builders") and MWR in the Circuit Court for Baltimore City, Case No. 24-C-18-004935 OT ("the State Action") on or around August 30, 2018. Copies of all process and pleadings served upon Defendant MWR in the State Action, including the Summons, Civil Non-Domestic Case Information Report, and Complaint ("Complaint") that were served on Defendant MWR on October 1, 2018, are attached hereto as Exhibit 1.

2. <u>Removal to this Court is Proper.</u>

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), this Notice of Removal is being filed in the United States District Court for the District of Maryland, Northern Division, which is the federal district court embracing the state court where the State Court Action was filed. 28 U.S.C § 100(2).

3. <u>Removal is Timely.</u>

Defendant MWR was served with a copy of the Complaint and original summons on or about October 1, 2018. This Notice of Removal is being filed with the United States District Court for the District of Maryland, Northern Division on October 31, 2018, within the statutory period set forth in 28 U.S.C. § 1446(b).

4. <u>Removal Complies with Federal Rules of Civil Procedure 11.</u>

This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

5. <u>All Procedural Requirements Have Been Met.</u>

Contemporaneously filed herewith are copies of all "process, pleadings and orders served upon" or received by Defendant MWR in the State Court Action, and which are attached hereto as Exhibit 1. See 28 U.S.C. § 1446(a).

Attached hereto as Exhibit 2 is a copy of the Notice of Filing of Notice of Removal that Defendant MWR will file contemporaneously with the Circuit Court for Baltimore City, Maryland and will serve on Plaintiff and all other Defendants in this matter.

6. <u>This Court Has Original Jurisdiction</u>.

This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a) "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State

court of which the district court of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

Defendant MWR is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a). Plaintiffs' assertion of Defendants alleged violations of the United States Constitution renders this suit one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

To the extent the Complaint asserts claims that do not involve the United States Constitution, this Court has supplemental jurisdiction over all such claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

7. Removal Complies with 28 U.S.C. § 1446(a)(2)(A).

Pursuant to 28 U.S.C. § 1446(a)(2)(A) counsel for Defendant MWR has conferred with counsel for Defendants TCB Pedestal and Community Builders, and confirmed that Defendants TCB Pedestal and Community Builders consent to the removal of this action to United States District Court For the District of Maryland, Northern Division. According to the Maryland Court Case Docket, Defendants Interstate and Alexander have not yet been served with process.

8. Relief Requested.

Defendant MWR requests that the United States District Court for the District of Maryland assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

MWR INVESTIGATIONS, INC.
By Counsel

By:  */s/ Dennis J. Quinn*
Dennis J. Quinn, Esquire
Tina M Maiolo, Esquire
K. Maxwell Bernas, Esquire (To be admitted)
2020 K Street, NW, Suite 850
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
Dennis.Quinn@carrmaloney.com
Tina.Maiolo@carrmaloney.com
Maxwell.Bernas@carrmaloney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by mail, postage prepaid, this 31st day of October, 2018, upon:

Nicholas A. Szokoly, Esquire
Edward L. Cardona, III, Esquire
Saidah A. Grimes, Esquire
Murphy, Falcon & Murphy
Baltimore, Maryland 21202
*Counsel for Plaintiffs*

John S. Vander Woude, Esquire
Eccelston & Wolfe, PC
7240 Parkway Drive
4th Floor
Hanover, MD 21076
*Counsel Defendants TCB Pedestal Gardens, LLC and The Community Builders, Inc.*

Interstate Realty Management Company
3 East Stow Road, Suite 100
Marlton, NJ 08053

Serve: National Registered Agents, Inc. of MD
2405 York Road, Ste. 201
Lutherville-Timonium, MD 21093

4

Alexander Security Consultants, LLC
12404 Lytton Avenue
Brandywine, MD 20614

    Serve: Charles Pearson
    107 Swan Creek Road
    Fort Washington, MD 20744

        */s/ Dennis J. Quinn*
        Dennis J. Quinn, Esquire